UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.   CV 13-00846-CJC(RZx)                                   Date   March 27, 2014

Title   Evox Productions, LLC, v. Gabriels Technology Solutions, Inc., et al

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON JOINT NOTICE OF ENTIRE ACTION

     The Court, having been advised by Defendant that this action has been settled by Joint Notice of Settlement of Entire Action filed on March 26, 2014, hereby orders this action dismissed without prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

     The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

_____ : 0

Initials of Preparer   mu